UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Numbers: | **20-40055 and** |
| | ) | | **22-40028** |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **JEREMIAS SANCHEZ,** | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | Date of Hearing: | **1/18/23** |

### CRIMINAL MINUTE SHEET – SENTENCING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Nancy Wiss** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TOTAL TIME IN COURT: | **54 minutes** |

**APPEARANCES:**      parties appear:   **IN PERSON**
- UNITED STATES OF AMERICA:     **Sara Walton for Greg Hough**
- DEFENDANT'S COUNSEL:     **Rich Federico**
- DEFENDANT:     ☒ In Custody – Present at hearing
- PROBATION:     **Amanda Hudson for Corey Kirk**

### CHARGE(S) OF CONVICTION:

**20-40055 Case:**

| OFFENSE(S): | Count 1 of the Indictment | 18:922(g)(1) and 924(a)(2) - Felon in possession of a firearm |
|---|---|---|

**22-40028 Case:**

| OFFENSE(S): | Count 1 of the Indictment | 18:1791(a)(2), (b)(3) & (d)(1)(B) Possessing Contraband in Prison |
|---|---|---|

### PROCEEDINGS
☒ Defendant sworn.
☒ Presentence Investigation Report sealed and made part of the record.
☒ Objections to Presentence Investigation Report:     ☒ Defendant's objection no. 1 is outlined in paragraph 134 of the PSR.   The Court declines to rule on this objection under Rule 32.

### IMPOSITION OF SENTENCE IN 20-40055:
☒ Defendant is sentenced to the custody of the Bureau of Prisons for a term of 24 months. This term of imprisonment shall be followed by 3 years of supervised release.
☒ Mandatory Special Assessment fee:  $100.

1

**IMPOSITION OF SENTENCE IN 22-40028:**

☒ Defendant is sentenced to the custody of the Bureau of Prisons for a term of 24 months, consecutive to the sentence imposed in case number 20CR40055-001. This term of imprisonment shall be followed by 3 years of supervised release, concurrent to the term of supervised release imposed in 20CR40055-001.
☒ Mandatory Special Assessment fee: $100.

☒ The defendant is remanded to the custody of the U.S. Marshals Service pending designation by the Federal Bureau of Prisons.